**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **STEVEN K. CAPKO, JR.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 3:20-CV-0136-D |
| | ) | |
| **COUNTY DISTRICT ATTORNEY,** | ) | |
| **Defendant.** | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

April 14, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE